**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BYRON GLENN WILLIS, | ) | |
| individually and on behalf of the class | ) | |
| defined herein, | ) | |
| | ) | 08 C 3238 |
| Plaintiff, | ) | Judge Kendall |
| | ) | Magistrate Judge Mason |
| vs. | ) | |
| | ) | |
| ELITE RECOVERY SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

    **PLEASE TAKE NOTICE** that on Monday, June 16, 2008 at 9:00 a.m., we will appear before the Honorable Judge Virginia Kendall in Room 2319 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION**.

                                                            s/ Daniel A. Edelman
                                                            Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Daniel A. Edelman, hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the following via Certified Mail:

ELITE RECOVERY SERVICES, INC.
c/o Lexis Document Solutions, Inc., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL  62703

              s/ Daniel A. Edelman
              Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)