UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BYRON GLENN WILLIS,<br><br>Plaintiff,<br>v.<br><br>ELITE RECOVERY SERVICES, INC.,<br><br>Defendants. | Case No.: 08 CV 3238<br><br>Judge Kendall<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **10th** day of **July 2008** at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Kendall, or any judge sitting in his/her stead in Courtroom 2319 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Unopposed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

Respectfully submitted,


By:\_\_\_\_s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BYRON GLENN WILLIS,<br><br>Plaintiff,<br>v.<br><br>ELITE RECOVERY SERVICES, INC.,<br><br>Defendants. | Case No.: 08 CV 3238<br><br>Judge Kendall<br><br>Magistrate Judge Mason |

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, I electronically filed **NOTICE OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By: ____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6337269v1 890200