## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| BYRON GLENN WILLIS,<br><br>Plaintiff,<br>v.<br><br>ELITE RECOVERY SERVICES, INC.,<br><br>Defendants. | Case No.: 08 CV 3238<br><br>Judge Kendall<br><br>Magistrate Judge Mason |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**ELITE RECOVERY SERVICES, INC.**

| | |
|---|---|
| NAME:  David M. Schultz | |
| SIGNATURE:  s/ *David M. Schultz* | |
| FIRM:  HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197596 | TELEPHONE NUMBER<br>312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |

6345983v1 890200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **July 30, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

HINSHAW & CULBERTSON LLP

David M. Schultz                                      s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP                              David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
dschultz@hinshawlaw.com

6345983v1 890200