**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Byron Glenn Willis
                                 Plaintiff,

v.                                                 Case No.: 1:08−cv−03238
                                                 Honorable Virginia M. Kendall

Elite Recovery Services, Inc.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. All class discovery shall be completed by 10/6/2008. Plaintiff is given to 10/14/2008 to file their motion for class certification and supporting memoranda. Response is to be filed by 10/28/2008. Reply is due by 11/4/2008. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.